**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

RECEIVED
NOV 06 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT BOSCH TOOL CORPORATION, )<br>)<br>Defendant. )<br>) | Case No.: 1:05-cv-01171<br><br>Judge Virginia M. Kendall<br><br>Restricted Document Pursuant to LR 26.2<br>Filed Under Seal Pursuant to Protective Order Dated September 8, 2005 |

**DEFENDANT'S BRIEF IN SUPPORT OF PLAINTIFF'S DISMISSAL WITH PREJUDICE SUBJECT TO AWARD OF ATTORNEYS' FEES AND COSTS**

**DEFENDANT'S BRIEF IS INTENTIONALLY OMITTED FROM THE PUBLIC EXHIBITS BECAUSE IT IS MARKED AS "ATTORNEY'S EYES ONLY" UNDER THE PARTIES' SEPTEMBER 8, 2005 PROTECTIVE ORDER.**

**DEFENDANT'S BRIEF IS FILED UNDER SEAL AND MAY BE FOUND IN THE SEPARATELY SEALED ENVELOPE PROVIDED**

PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

By: _____
Raymond I. Geraldson, Jr. (0937649)
Joseph N. Welch, II (6188737)
Thad Chaloemtiarana (6236829)
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000
Fax: (312) 554-8015

Attorneys for Defendant, ROBERT BOSCH TOOL CORPORATION